IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cr-00170-SWW-1 |
| | * | |
| | * | |
| CHRISTOPHER ARNOLD HOGAN, | * | |
| | * | |
| Defendant. | * | |

ORDER

The pro se motion [doc.#131] of defendant Christopher Arnold Hogan to suppress all evidence from both federal and state search warrants is hereby denied as Mr. Hogan is represented by appointed counsel and this Court normally does not consider pro se motions from defendants who are represented by counsel.

IT IS SO ORDERED this 25th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE