IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cr-00170-SWW-1 |
| | * | |
| | * | |
| CHRISTOPHER ARNOLD HOGAN, | * | |
| | * | |
| Defendant. | * | |

ORDER

Defendant Christopher Arnold Hogan has submitted for filing under seal a pro se notice regarding his trial. The Court, however, generally does not consider such pro se matters from defendants represented by counsel. See *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994) ("There is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel."). Accordingly, the Court directs that the Clerk forward defendant's notice to his counsel.

IT IS SO ORDERED this 28th day of May 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE