## *IN THE UNITED STATES DISTRICT COURT*
### *EASTERN DISTRICT OF ARKANSAS*
### *WESTERN DIVISION*

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                                      NO. 4:12CR00170-001  SWW

CHRISTOPHER ARNOLD HOGAN                                                DEFENDANT

### **ORDER**

Pending before the Court is defendant's pro se motion for early termination of supervised release previously imposed. The government has filed a response objecting to the early termination of supervised release. The defendant filed a reply to the government's response. The U. S. Probation Office has advised the Court that the defendant has not demonstrated overall progress in meeting supervision objectives. The defendant tested positive for amphetamine and methamphetamine on December 17, 2015. Furthermore, the defendant is not eligible for early termination based on the criteria listed in the Supervision Monograph 109.

The Court has considered the defendant's motion, government's response, defendant's reply and the information provided by the U.S. Probation Officer and finds that defendant's motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #275]  previously imposed be, and it is hereby, ***DENIED***.

Dated this 26th day of January 2016.

/s/Susan Webber Wright
United States District Judge