**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.                                      NO. 4:12CR00170-001 SWW

CHRISTOPHER ARNOLD HOGAN                                                      DEFENDANT

### ORDER

The above entitled cause came on for hearing May 19, 2016 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the evidence, testimony of the witness and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke defendant's supervised release [doc #313] is *granted* and defendant's supervised release is hereby *revoked*. Defendant shall serve a term of imprisonment of *NINE (9) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Fort Worth, Texas.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that defendant be remanded to the custody of the U.S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

DATED this 19th day of May 2016.

                                        /s/Susan Webber Wright
                                        United States District Judge